Brenda CHORN *v.* STATE of Arkasnas

CR 92-1393                                        841 S.W.2d 627

Supreme Court of Arkansas
Opinion delivered December 21, 1992

*Kearney Law Offices*, for appellant.

No response.

PER CURIAM. Brenda Chorn, by her attorney, has filed a motion for rule on the clerk.

The motion admits that the record was not timely filed and that it was no fault of the appellant.

However, the motion does not state good cause for granting the motion as discussed in our per curiam issued February 5, 1979, 265 Ark. 964. If the attorney for Brenda Chorn will

concede that it was his fault that the record was not filed, or if other good cause is shown, then the motion will be granted. The present motion for rule on the clerk is denied.